UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROGER SEDLAK,

       Petitioner,

   v.                    CASE NO. 2:14-CV-10839
                             HONORABLE GEORGE CARAM STEEH

J. A. TERRIS,

       Respondent.

_____/

## ORDER GRANTING PETITIONER'S MOTION TO REINSTATE, REOPENING THIS CASE, AND DIRECTING PETITIONER TO SUBMIT THE FILING FEE WITHIN 30 DAYS

The Court has before it federal prisoner Roger Sedlak's motion to reinstate his *pro se* § 2241 habeas petition. The Court dismissed his petition for failure to timely correct a deficiency by paying the required filing fee or submitting an application to proceed *in forma pauperis*. *See* 28 U.S.C. § 1914(a); 28 U.S.C. § 1915; Rule 3 of the Rules Governing § 2254 Cases. In his motion, Petitioner states that his initial attempt to pay the filing fee was waylaid by prison officials, but that he re-submitted the required paperwork to pay the fee. The Court's records indicate that the filing fee was received by the Court after the case was dismissed and was returned to Petitioner. Given such circumstances, the Court finds it appropriate to grant Petitioner's motion to reinstate this case and give him additional time to re-submit the filing fee for this action.

Accordingly, the Court **GRANTS** Petitioner's motion to reinstate this case, **REOPENS** this case, and **DIRECTS** Petitioner to re-submit the filing fee within **30 DAYS**

of the filing date of this order.  Should Petitioner fail to do so in a timely fashion, his case will again be dismissed.  The Court makes no determination as to the merits of his claims.

**IT IS SO ORDERED**.

Dated:  April 16, 2014

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on April 16, 2014, by electronic and/or ordinary mail and also on Roger Sedlak #63014066, Milan Federal Correctional Institution, Inmate Mail/Parcels, P.O. Box 1000, Milan, MI 48160.

s/Barbara Radke
Deputy Clerk

-2-